**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Patrick Bayard McIntire
Oats & Marino
100 E. Vermilion St., #400
Lafayette LA 70501


**REHEARING ACTION: June 20, 2018**


**Docket Number: 17   01131-CA consolidated with  17  01132-CA**

**ALVIN PETE**
**VERSUS**
**STATE OF LOUISIANA, DEPARTMENT OF**
**CORRECTIONS, ET AL.**

**Appealed from St. Martin Parish Case No. 81146**


**BEFORE JUDGES:**

   **Hon. Ulysses Gene Thibodeaux**
   **Hon. Phyllis M. Keaty**
   **Hon. D. Kent Savoie**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Sheriff Ronny Theriot** has this day been

   **DENIED.**


cc: M. Charles Brandt, Jr., Counsel for the Appellee